## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mosaic Health Inc. v. Sanofi-Aventis U.S., LLC _____  Docket No.: 24-598 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kathleen Bradish

Firm: American Antitrust Institute

Address: 1025 Connecticut Avenue, NW, Washington, D.C.

Telephone: 202-304-0195 _____  Fax: _____

E-mail: kbradish@antitrustinstitute.org

**Appearance for:** American Antitrust Institute
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✔] Amicus (in support of: Plaintiffs-Appellants _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: s/ Kathleen W. Bradish

Type or Print Name: Kathleen W. Bradish